THE HONORABLE JOHN CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLENN S. MORRISON, DO,<br><br>Plaintiff<br><br>vs.<br><br>STATE OF WASHINGTON, DEPARTMENT OF HEALTH and SOCIAL SERVICES (DSHS); DEPARTMENT OF HEALTH (DOH), DAVID HOLT, CEO WESTERN STATE HOSPITAL; KATHERINE RAYMER, DANIEL RUIZ PAREDES, TODD M. TERHAAR, DOH HEALTH CARE INVESTIGATOR III; CITY OF TACOMA and JENNIFER TERHAAR<br><br>Defendants | NO. 3:20-cv-06015<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT DANIEL RUIZ PAREDES<br><br>NOTING DATE: October 25, 2022 |

COMES NOW the above-named Parties, by and through, the attorneys of record and hereby stipulate to the **dismissal of Defendant Daniel Ruiz Paredes** in the above-entitled action, including all claims, cross claims, counter claims, and third party claim, **with prejudice** and without costs or attorneys' fees to any party. This Motion is made pursuant to FRCP Rule 41(a)(1)(A)(ii).

STIPULATION AND ORDER TO DISMISS
Page 1 of 4

KRAM & WOOSTER
1901 South I Street, Tacoma WA 98405
(253) 272-7929; Fax (253) 572-4167

No admission of liability is assumed or inferred from this stipulation. Each party to bear their own costs and attorneys' fees. The court is requested to enter this stipulated Order of Dismissal, With Prejudice and Without Costs or Fees to any party, without further notice to any party or their counsel.

DATED this October 25, 2022.

KRAM & WOOSTER, P.S.

*/s/ Richard H. Wooster*

Richard H. Wooster, WSBA #13752
Attorney for Appellants

LAW, LYMAN, DANIEL, KAMERRER & BOGDONOVICH, P.S.

*/s/ — for per email approval*

Amanda Bley Kuehn, WSBA #42450
Special Assistant Attorney General
Attorneys for Todd M. Terhaar

ATTORNEY GENERALS OFFICE

*/s/ — for per email approval*

Debra Lefing, WSBA #53344
Thomas E. Hudson, WSBA # 46855
Attorneys for Defendants DSHS, DOH
David Holt, Katherine Raymer, Daniel Paredes

## ORDER

COMES NOW the above-entitled court upon the stipulation of the parties set forth above, and it is hereby ORDERED, DECREED AND ADJUDGED as follows:

1  That the Defendant Daniel Ruiz Paredes in the above-entitled action shall be
2  dismissed, with prejudice, without any admission or finding of liability. Each Party shall
3  bear their own costs and attorneys' fees. This dismissal shall apply to all claims, cross
4  claims, counterclaims, and third party claims asserted in the above-entitled action.

5  DONE IN OPEN COURT this __25th__ day of October 2022.

_____
Hon. John Chun
United States District Judge

Presented by:

KRAM & WOOSTER, P.S.

_____
Richard H. Wooster, WSBA #13752
Attorney for Appellants

Approved and Notice of Presentation Waived:

LAW, LYMAN, DANIEL, KAMERRER & BOGDONOVICH, P.S.

_____ for per email approval
Amanda Bley Kuehn, WSBA #42450
Special Assistant Attorney General
Attorneys for Todd M. Terhaar

ATTORNEY GENERALS OFFICE

_____ for per email approval
Debra Lefing, WSBA #53344
Thomas E. Hudson, WSBA # 46855
Attorneys for Defendants DSHS, DOH
David Holt, Katherine Raymer, Daniel Paredes

STIPULATION AND ORDER TO DISMISS
Page 3 of 4

KRAM & WOOSTER
1901 South I Street, Tacoma WA 98405
(253) 272-7929; Fax (253) 572-4167