UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLENN S. MORRISON, DO., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES; DEPARTMENT OF HEALTH; DAVID HOLT, COE WESTERN STATE HOSPITAL; KATHERINE RAYMER, DANIEL RUIZ PAREDES, TODD M. TERHAAR, DOH HEALTH CASE INVESTIGATOR III; CITY OF TACOMA and JENNIFER TERHAAR, <br><br> Defendants. | CASE NO. 3:20-cv-06015-JHC <br><br> ORDER RE: MOTION TO QUASH |

Before the Court is Defendant Todd Terhaar's Motion to Quash Subpoena Duces Tecum to Boeing and Request for Protective Order. Dkt. # 145. The Court has considered the materials filed in support of, and in opposition to, the motion, as well as the balance of the case file and the applicable law. Being fully advised, the Court GRANTS the motion. The subpoena duces tecum at issue is quashed.

/

/

ORDER RE: MOTION TO QUASH - 1

1 | Dated this 27th day of February, 2023.

*John H. Chun*

John H. Chun
United States District Judge